# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY THEODORE SCARLETT,<br><br>Plaintiff,<br><br>v.<br><br>AMIR REZA ALEMZADEH<br><br>Defendant. | Case No. 5:19-cv-07466 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Lucy H. Koh to determine whether it is related to 5:17-cv-05358 LHK, *Sidney Theodore Rosen v. Jeffrey Francis Rosen, et al.*

IT IS SO ORDERED.

Date: November 13, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 19-cv-07466 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES